**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 30, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 30th day of April, 2008, the Order of the Commonwealth Court is AFFIRMED.

■

**Joseph PILCHESKY, Appellant**

v.

**Edward RENDELL, Governor; State Senator Robert Mellow, Democratic Caucus Leader, Representative WM. Deweese, House Majority Leader; PA. State Senate President Pro Tempore, Joseph Scarnati; House of Representatives Speaker of The House, Dennis O'Brien; City Counsel of the City of Scranton; Mayor Chris Doherty of City of Scranton; The University of Scranton, Inc., Appellees.**

Supreme Court of Pennsylvania.

April 30, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 30th day of April, 2008, the order of the Commonwealth Court is **AFFIRMED.**

■

**Wendell LONG, Appellant**

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 30, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 30th day of April, 2008, the order of the Commonwealth Court is **AFFIRMED.**